**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**JOANNE JOHNSON ODONNELL,**

    **Plaintiff,**

**V.**                                               **Case No:  2:10-CV-785-FtM-29SPC**

**PUNTA GORDA HMA, LLC,**

    **Defendant.**

_____/

**ORDER**

    This matter comes before the Court on Defendant's Amended Motion to Compel (Doc. #23) filed on December 6, 2011.  Plaintiff Joanne O'Donnell has failed to file a response in opposition to the instant Motion and the time to do so has expired.  Accordingly, the Motion is due to be granted.  Plaintiff shall file a more complete response to the interrogatories at issue in the Motion

    Accordingly, it is now

    **ORDERED:**

(1) Defendant's Amended Motion to Compel (Doc. #23) is **GRANTED**.  Plaintiff shall have up to and including April 3, 2012 to provide complete answers to the interrogatories at issue in the Motion.

(2) Defendant's request for attorneys' fees and costs is **DENIED without prejudice**. The Court will reconsider a request for attorneys' fees and costs if this Order is not complied with.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th Day of March, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record